UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA M. MACK,<br>        Plaintiff,<br>    v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | Case No. 19-cv-00382-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Alicia Mack brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision denying her claim for disability benefits. Pursuant to the January 22, 2019 Social Security Procedural Order issued in this case, Ms. Mack was required to file a motion for summary judgment or for remand within 28 days of service of the Commissioner's answer. ECF No. 2. As the Commissioner served her answer on April 29, 2019 (ECF Nos. 12, 15), Ms. Mack's motion was due May 30, 2019,[1] yet no filing has been received. Accordingly, the Court **ORDERS** Plaintiff Alicia Mack to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Ms. Mack shall file a declaration by June 20, 2019. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Ms. Mack does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: June 3, 2019

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] Federal Rule of Civil Procedure 6(d) permits an additional three days for service by mail.